# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :          CASE NO. 22-10285-TPA
                                                :
Jeremy D. Passamonte and                        :
Bobbi Jo Passamonte,                            :          CHAPTER 13
                              Debtors           :
                                                :

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

| JEREMY: | BOBBI JO: |
|---|---|
| May 6, 2022 | May 5, 2022 |
| May 13, 2022 | May 12, 2022 |
| May 20, 2022 | May 19, 2022 |
| May 27, 2022 | May 26, 2022 |
| June 3, 2022 | June 2, 2022 |
| June 10, 2022 | June 9, 2022 |
| June 17, 2022 | June 16, 2022 |
| June 24, 2022 | June 23, 2022 |

**Next Payment Advice Expected (post-filing):**

June 30, 2022

K.D.                    PASSAMONTE, JEREMY & BOBBI JO

GREAT LAKES GENERAL CONTRACTING
8631 HAFT ROAD
ERIE PA 16510

Pay Stub Detail
PAY DATE: 05/06/2022
NET PAY: $795.04

JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

**EMPLOYER**
GREAT LAKES GENERAL CONTRACTING LLC
8631 HAFT ROAD
ERIE PA 16510

| **PAY PERIOD** | |
|---|---|
| Period Beginning | 04/25/2022 |
| Period Ending: | 05/01/2022 |
| Pay Date: | 05/06/2022 |
| Total Hours: | 40.00 |

**EMPLOYEE**
JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

| | |
|---|---|
| **NET PAY:** | **$795.04** |
| Acct#....9001: | $795.04 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 25.00 | 1,000.00 | 2,600.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| LST | 1.00 | 3.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 86.16 | 210.48 |
| Social Security | 62.00 | 161.20 |
| Medicare | 14.50 | 37.70 |
| PA Income Tax | 30.70 | 79.82 |
| PA SUI Employee | 0.60 | 1.56 |
| Greene TWP PSD 251302 | 5.00 | 13.00 |
| Wattsburg ASD PSD 251302 | 5.00 | 13.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,000.00 | $2,600.00 |
| Taxes | $203.96 | $516.76 |
| Deductions | $1.00 | $3.00 |
| **Net Pay** | **$795.04** | |

GREAT LAKES GENERAL CONTRACTING
8631 HAFT ROAD
ERIE PA 16510

Pay Stub Detail
PAY DATE: 05/13/2022
NET PAY: $795.04

JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

**EMPLOYER**
GREAT LAKES GENERAL CONTRACTING LLC
8631 HAFT ROAD
ERIE PA 16510

| **PAY PERIOD** | |
|---|---|
| Period Beginning | 05/02/2022 |
| Period Ending: | 05/08/2022 |
| Pay Date: | 05/13/2022 |
| Total Hours: | 40.00 |

**EMPLOYEE**
JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

| | |
|---|---|
| **NET PAY:** | **$795.04** |
| Acct#....9001: | $795.04 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 25.00 | 1,000.00 | 3,600.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| LST | 1.00 | 4.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 86.16 | 296.64 |
| Social Security | 62.00 | 223.20 |
| Medicare | 14.50 | 52.20 |
| PA Income Tax | 30.70 | 110.52 |
| PA SUI Employee | 0.60 | 2.16 |
| Greene TWP PSD 251302 | 5.00 | 18.00 |
| Wattsburg ASD PSD 251302 | 5.00 | 18.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,000.00 | $3,600.00 |
| Taxes | $203.96 | $720.72 |
| Deductions | $1.00 | $4.00 |
| **Net Pay** | **$795.04** | |

GREAT LAKES GENERAL CONTRACTING
8631 HAFT ROAD
ERIE PA 16510

Pay Stub Detail
PAY DATE: 05/20/2022
NET PAY: $795.04

JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

**EMPLOYER**
GREAT LAKES GENERAL CONTRACTING LLC
8631 HAFT ROAD
ERIE PA 16510

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 05/09/2022 |
| Period Ending: | 05/15/2022 |
| Pay Date: | 05/20/2022 |
| Total Hours: | 40.00 |

**EMPLOYEE**
JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

| | |
|---|---|
| **NET PAY:** | **$795.04** |
| Acct#....9001: | $795.04 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 25.00 | 1,000.00 | 4,600.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| LST | 1.00 | 5.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 86.16 | 382.80 |
| Social Security | 62.00 | 285.20 |
| Medicare | 14.50 | 66.70 |
| PA Income Tax | 30.70 | 141.22 |
| PA SUI Employee | 0.60 | 2.76 |
| Greene TWP PSD 251302 | 5.00 | 23.00 |
| Wattsburg ASD PSD 251302 | 5.00 | 23.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,000.00 | $4,600.00 |
| Taxes | $203.96 | $924.68 |
| Deductions | $1.00 | $5.00 |
| **Net Pay** | **$795.04** | |

GREAT LAKES GENERAL CONTRACTING
8631 HAFT ROAD
ERIE PA 16510

Pay Stub Detail
PAY DATE: 05/27/2022
NET PAY: $795.04

JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

**EMPLOYER**
GREAT LAKES GENERAL CONTRACTING LLC
8631 HAFT ROAD
ERIE PA 16510

| **PAY PERIOD** | |
| --- | --- |
| Period Beginning | 05/16/2022 |
| Period Ending: | 05/22/2022 |
| Pay Date: | 05/27/2022 |
| Total Hours: | 40.00 |

**EMPLOYEE**
JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

| **NET PAY:** | **$795.04** |
| --- | --- |
| Acct#....9001: | $795.04 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Regular Pay | 40.00 | 25.00 | 1,000.00 | 5,600.00 | LST | | 1.00 | 6.00 |

| TAXES | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | 86.16 | 468.96 |
| Social Security | 62.00 | 347.20 |
| Medicare | 14.50 | 81.20 |
| PA Income Tax | 30.70 | 171.92 |
| PA SUI Employee | 0.60 | 3.36 |
| Greene TWP PSD 251302 | 5.00 | 28.00 |
| Wattsburg ASD PSD 251302 | 5.00 | 28.00 |

| SUMMARY | Current | YTD |
| --- | --- | --- |
| Total Pay | $1,000.00 | $5,600.00 |
| Taxes | $203.96 | $1,128.64 |
| Deductions | $1.00 | $6.00 |
| **Net Pay** | **$795.04** | |

GREAT LAKES GENERAL CONTRACTING
8631 HAFT ROAD
ERIE PA 16510

Pay Stub Detail
PAY DATE: 06/03/2022
NET PAY: $795.04

JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

**EMPLOYER**
GREAT LAKES GENERAL CONTRACTING LLC
8631 HAFT ROAD
ERIE PA 16510

| **PAY PERIOD** | |
|---|---|
| Period Beginning | 05/23/2022 |
| Period Ending: | 05/29/2022 |
| Pay Date: | 06/03/2022 |
| Total Hours: | 40.00 |

**EMPLOYEE**
JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

| **NET PAY:** | **$795.04** |
|---|---|
| Acct#....9001: | $795.04 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 25.00 | 1,000.00 | 6,600.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| LST | 1.00 | 7.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 86.16 | 555.12 |
| Social Security | 62.00 | 409.20 |
| Medicare | 14.50 | 95.70 |
| PA Income Tax | 30.70 | 202.62 |
| PA SUI Employee | 0.60 | 3.96 |
| Greene TWP PSD 251302 | 5.00 | 33.00 |
| Wattsburg ASD PSD 251302 | 5.00 | 33.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,000.00 | $6,600.00 |
| Taxes | $203.96 | $1,332.60 |
| Deductions | $1.00 | $7.00 |

**Net Pay**          **$795.04**

GREAT LAKES GENERAL CONTRACTING
8631 HAFT ROAD
ERIE PA 16510

Pay Stub Detail
PAY DATE: 06/10/2022
NET PAY: $795.04

JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

| | | |
|---|---|---|
| **EMPLOYER** | **PAY PERIOD** | |
| GREAT LAKES GENERAL CONTRACTING LLC | Period Beginning | 05/30/2022 |
| 8631 HAFT ROAD | Period Ending: | 06/05/2022 |
| ERIE PA 16510 | Pay Date: | 06/10/2022 |
| | Total Hours: | 40.00 |

**EMPLOYEE**
JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

| | |
|---|---|
| **NET PAY:** | $795.04 |
| Acct#....4946: | $795.04 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 25.00 | 1,000.00 | 7,600.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| LST | 1.00 | 8.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 86.16 | 641.28 |
| Social Security | 62.00 | 471.20 |
| Medicare | 14.50 | 110.20 |
| PA Income Tax | 30.70 | 233.32 |
| PA SUI Employee | 0.60 | 4.56 |
| Greene TWP PSD 251302 | 5.00 | 38.00 |
| Wattsburg ASD PSD 251302 | 5.00 | 38.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,000.00 | $7,600.00 |
| Taxes | $203.96 | $1,536.56 |
| Deductions | $1.00 | $8.00 |
| **Net Pay** | **$795.04** | |

GREAT LAKES GENERAL CONTRACTING
8631 HAFT ROAD
ERIE PA 16510

Pay Stub Detail
PAY DATE: 06/17/2022
NET PAY: $795.04

JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

**EMPLOYER**
GREAT LAKES GENERAL CONTRACTING LLC
8631 HAFT ROAD
ERIE PA 16510

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 06/06/2022 |
| Period Ending: | 06/12/2022 |
| Pay Date: | 06/17/2022 |
| Total Hours: | 40.00 |

**EMPLOYEE**
JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

NET PAY:                                    $795.04
Acct#....4946:                              $795.04

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 25.00 | 1,000.00 | 8,600.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| LST | 1.00 | 9.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 86.16 | 727.44 |
| Social Security | 62.00 | 533.20 |
| Medicare | 14.50 | 124.70 |
| PA Income Tax | 30.70 | 264.02 |
| PA SUI Employee | 0.60 | 5.16 |
| Greene TWP PSD 251302 | 5.00 | 43.00 |
| Wattsburg ASD PSD 251302 | 5.00 | 43.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,000.00 | $8,600.00 |
| Taxes | $203.96 | $1,740.52 |
| Deductions | $1.00 | $9.00 |
| **Net Pay** | **$795.04** | |

GREAT LAKES GENERAL CONTRACTING
8631 HAFT ROAD
ERIE PA 16510

Pay Stub Detail
PAY DATE: 06/24/2022
NET PAY: $795.04

JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

**EMPLOYER**
GREAT LAKES GENERAL CONTRACTING LLC
8631 HAFT ROAD
ERIE PA 16510

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 06/13/2022 |
| Period Ending: | 06/19/2022 |
| Pay Date: | 06/24/2022 |
| Total Hours: | 40.00 |

**EMPLOYEE**
JEREMY D. PASSAMONTE
2044 GUNNISON ROAD
ERIE PA 16509

| | |
|---|---|
| NET PAY: | $795.04 |
| Acct#....4946: | $795.04 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 25.00 | 1,000.00 | 9,600.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| LST | 1.00 | 10.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 86.16 | 813.60 |
| Social Security | 62.00 | 595.20 |
| Medicare | 14.50 | 139.20 |
| PA Income Tax | 30.70 | 294.72 |
| PA SUI Employee | 0.60 | 5.76 |
| Greene TWP PSD 251302 | 5.00 | 48.00 |
| Wattsburg ASD PSD 251302 | 5.00 | 48.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,000.00 | $9,600.00 |
| Taxes | $203.96 | $1,944.48 |
| Deductions | $1.00 | $10.00 |
| **Net Pay** | **$795.04** | |



# Earnings Statement

Page 1 of 1

**BAYADA** Home Health Care, Inc.

1600 Peninsula Drive, Suite 17, Erie, PA, 16505

(814) 835-2400

Bobbi Jo Passamonte
2044 Gunnison Rd
Erie, PA 16509

| | |
|---|---|
| Statement No. | EFT-09620402 |
| Pay Date | 05/05/2022 |
| Pay Period | Mon. Apr. 25, 2022 to Sun. May. 01, 2022 |
| Employee No. | 105061173 |

| Gross Earnings | Current: | $481.25 | Year to Date: | $7,753.13 | Net Earnings | Current: | $391.02 | Year to Date: | $5,901.74 |
|---|---|---|---|---|---|---|---|---|---|

| Taxes | Current | Year to Date | Deductions | Current | Year to Date | |
|---|---|---|---|---|---|---|
| Social Security | $29.83 | $480.69 | | | | **Message from**<br>**BAYADA Home Health Care**<br>*(Pronounced BAY-AH-DA)* |
| State: PA | $14.77 | $238.02 | | | | |
| Local: PA LST - MLCRK | $1.00 | $9.00 | | | | |
| PA Unempl EE | $0.29 | $4.65 | | | | |
| Federal | $32.55 | $929.08 | | | | |
| Local: MLCRK | $4.81 | $77.53 | | | | |
| Medicare | $6.98 | $112.42 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals | $90.23 | $1,851.39 | Totals | $0.00 | $0.00 | |

| Date | Client | Service | Rate | Unit | Pay Type | Pay Basis | Gross Pay |
|---|---|---|---|---|---|---|---|
| 04/25/2022 | KENSLEY,L 143-1209 | LPN | $25.00 | 9.75 | REGULAR | HOURLY | $243.75 |
| 04/26/2022 | KENSLEY,L 143-1209 | LPN | $25.00 | 9.50 | REGULAR | HOURLY | $237.50 |
| Totals | | | | 19.25 | | | $481.25 |

| Paid Time Off Information | | Direct Deposit Information | | |
|---|---|---|---|---|
| Description | Balance | Account Type | Account No. | Amount |
| Paid Time Off (PTO) Credits Accumulated to 2000 | 255.75 | CHECKING | ********9001 | $391.02 |



**BAYADA**
Home Health Care

# Earnings Statement

Page 1 of 1

BAYADA Home Health Care, Inc.

1600 Peninsula Drive, Suite 17, Erie, PA, 16505

(814) 835-2400

Bobbi Jo Passamonte

2044 Gunnison Rd

Erie, PA 16509

| | |
|---|---|
| Statement No. | EFT-09673385 |
| Pay Date | 05/12/2022 |
| Pay Period | Mon. May. 02, 2022 to Sun. May. 08, 2022 |
| Employee No. | 105061173 |

| Gross Earnings | Current: | $1,009.38 | Year to Date: | $8,762.51 | Net Earnings | Current: | $765.00 | Year to Date: | $6,666.74 |
|---|---|---|---|---|---|---|---|---|---|

| Taxes | Current | Year to Date | Deductions | Current | Year to Date | |
|---|---|---|---|---|---|---|
| Medicare | $14.64 | $127.06 | | | | **Message from** |
| State: PA | $30.99 | $269.01 | | | | **BAYADA Home Health Care** |
| Social Security | $62.59 | $543.28 | | | | (Pronounced BAY-AH-DA) |
| Federal | $124.46 | $1,053.54 | | | | |
| PA Unempl EE | $0.61 | $5.26 | | | | |
| Local: MLCRK | $10.09 | $87.62 | | | | |
| Local: PA LST - MLCRK | $1.00 | $10.00 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals | $244.38 | $2,095.77 | Totals | $0.00 | $0.00 | |

| Date | Client | Service | Rate | Unit | Pay Type | Pay Basis | Gross Pay |
|---|---|---|---|---|---|---|---|
| 05/02/2022 | KENSLEY,L 143-1209 | LPN | $25.00 | 9.50 | REGULAR | HOURLY | $237.50 |
| 05/03/2022 | KENSLEY,L 143-1209 | LPN | $25.00 | 9.75 | REGULAR | HOURLY | $243.75 |
| 05/05/2022 | MAGGIE,W 143-1112 | LPN | $25.00 | 10.50 | REGULAR | HOURLY | $262.50 |
| 05/06/2022 | MAGGIE,W 143-1112 | LPN | $25.00 | 10.25 | REGULAR | HOURLY | $256.25 |
| 05/06/2022 | MAGGIE,W 143-1112 | LPN | $37.50 | 0.25 | OVERTIME | HOURLY | $9.38 |
| Totals | | | | 40.25 | | | $1,009.38 |

| Paid Time Off Information | | Direct Deposit Information | | | |
|---|---|---|---|---|---|
| Description | Balance | Account Type | Account No. | Amount |
| Paid Time Off (PTO) Credits Accumulated to 2000 | 275.00 | CHECKING | ********9001 | $765.00 |



# Earnings Statement

Page 1 of 1

**BAYADA Home Health Care, Inc.**

**1600 Peninsula Drive, Suite 17, Erie, PA, 16505**

**(814) 835-2400**

**Bobbi Jo Passamonte**
**2044 Gunnison Rd**
**Erie, PA 16509**

| | |
|---|---|
| Statement No. | EFT-09722346 |
| Pay Date | 05/19/2022 |
| Pay Period | Mon. May. 09, 2022 to Sun. May. 15, 2022 |
| Employee No. | 105061173 |

| Gross Earnings | Current: | $1,000.00 | Year to Date: | $9,762.51 | Net Earnings | Current: | $758.81 | Year to Date: | $7,425.55 |
|---|---|---|---|---|---|---|---|---|---|

| Taxes | Current | Year to Date | Deductions | Current | Year to Date | |
|---|---|---|---|---|---|---|
| Federal | $122.39 | $1,175.93 | | | | **Message from** |
| Medicare | $14.50 | $141.56 | | | | **BAYADA Home Health Care** |
| Local: PA LST - MLCRK | $1.00 | $11.00 | | | | (Pronounced BAY-AH-DA) |
| Local: MLCRK | $10.00 | $97.62 | | | | |
| State: PA | $30.70 | $299.71 | | | | |
| PA Unempl EE | $0.60 | $5.86 | | | | |
| Social Security | $62.00 | $605.28 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals | $241.19 | $2,336.96 | Totals | $0.00 | $0.00 | |

| Date | Client | Service | Rate | Unit | Pay Type | Pay Basis | Gross Pay |
|---|---|---|---|---|---|---|---|
| 05/09/2022 | KENSLEY,L 143-1209 | LPN | $25.00 | 9.50 | REGULAR | HOURLY | $237.50 |
| 05/10/2022 | KENSLEY,L 143-1209 | LPN | $25.00 | 9.50 | REGULAR | HOURLY | $237.50 |
| 05/12/2022 | MAGGIE,W 143-1112 | LPN | $25.00 | 10.50 | REGULAR | HOURLY | $262.50 |
| 05/13/2022 | MAGGIE,W 143-1112 | LPN | $25.00 | 10.50 | REGULAR | HOURLY | $262.50 |
| Totals | | | | 40.00 | | | $1,000.00 |

| Paid Time Off Information | | Direct Deposit Information | | | |
|---|---|---|---|---|---|
| Description | Balance | Account Type | Account No. | | Amount |
| Paid Time Off (PTO) Credits Accumulated to 2000 | 315.25 | CHECKING | ********9001 | | $758.81 |



# Earnings Statement

Page 1 of 1

**BAYADA Home Health Care, Inc.**

**1600 Peninsula Drive, Suite 17, Erie, PA, 16505**

**(814) 835-2400**

Bobbi Jo Passamonte
2044 Gunnison Rd
Erie, PA 16509

| | |
|---|---|
| Statement No. | EFT-09775108 |
| Pay Date | 05/26/2022 |
| Pay Period | Mon. May. 16, 2022 to Sun. May. 22, 2022 |
| Employee No. | 105061173 |

| Gross Earnings | Current: | $993.75 | Year to Date: | $10,756.26 | Net Earnings | Current: | $754.67 | Year to Date: | $8,180.22 |
|---|---|---|---|---|---|---|---|---|---|

| Taxes | Current | Year to Date | Deductions | Current | Year to Date | |
|---|---|---|---|---|---|---|
| PA Unempl EE | $0.59 | $6.45 | | | | **Message from** |
| State: PA | $30.51 | $330.22 | | | | **BAYADA Home Health Care** |
| Medicare | $14.41 | $155.97 | | | | (Pronounced BAY-AH-DA) |
| Social Security | $61.61 | $666.89 | | | | |
| Federal | $121.02 | $1,296.95 | | | | |
| Local: MLCRK | $9.94 | $107.56 | | | | |
| Local: PA LST - MLCRK | $1.00 | $12.00 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals | $239.08 | $2,576.04 | Totals | $0.00 | $0.00 | |

| Date | Client | Service | Rate | Unit | Pay Type | Pay Basis | Gross Pay |
|---|---|---|---|---|---|---|---|
| 05/16/2022 | KENSLEY,L 143-1209 | LPN | $25.00 | 9.50 | REGULAR | HOURLY | $237.50 |
| 05/17/2022 | KENSLEY,L 143-1209 | LPN | $25.00 | 9.75 | REGULAR | HOURLY | $243.75 |
| 05/19/2022 | MAGGIE,W 143-1112 | LPN | $25.00 | 10.25 | REGULAR | HOURLY | $256.25 |
| 05/20/2022 | MAGGIE,W 143-1112 | LPN | $25.00 | 10.25 | REGULAR | HOURLY | $256.25 |
| Totals | | | | 39.75 | | | $993.75 |

| Paid Time Off Information | | Direct Deposit Information | | |
|---|---|---|---|---|
| Description | Balance | Account Type | Account No. | Amount |
| Paid Time Off (PTO) Credits Accumulated to 2000 | 355.25 | CHECKING | ********9001 | $754.67 |


**BAYADA**
Home Health Care

# Earnings Statement

Page 1 of 1

**BAYADA Home Health Care, Inc.**

**1600 Peninsula Drive, Suite 17, Erie, PA, 16505**

**(814) 835-2400**

**Bobbi Jo Passamonte**
**2044 Gunnison Rd**
**Erie, PA 16509**

| | |
|---|---|
| Statement No. | EFT-09828452 |
| Pay Date | 06/02/2022 |
| Pay Period | Mon. May. 23, 2022 to Sun. May. 29, 2022 |
| Employee No. | 105061173 |

| Gross Earnings | Current: | $737.50 | Year to Date: | $11,493.76 | Net Earnings | Current: | $584.98 | Year to Date: | $8,765.20 |
|---|---|---|---|---|---|---|---|---|---|

| Taxes | Current | Year to Date | Deductions | Current | Year to Date | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Local: PA LST - MLCRK | $1.00 | $13.00 | | | | Message from | | | |
| Social Security | $45.72 | $712.61 | | | | BAYADA Home Health Care | | | |
| Medicare | $10.69 | $166.66 | | | | (Pronounced BAY-AH-DA) | | | |
| Federal | $64.64 | $1,361.59 | | | | | | | |
| Local: MLCRK | $7.38 | $114.94 | | | | | | | |
| PA Unempl EE | $0.45 | $6.90 | | | | | | | |
| State: PA | $22.64 | $352.86 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Totals | $152.52 | $2,728.56 | Totals | $0.00 | $0.00 | | | | |

| Date | Client | Service | Rate | Unit | Pay Type | Pay Basis | Gross Pay |
|---|---|---|---|---|---|---|---|
| 05/23/2022 | KENSLEY,L 143-1209 | LPN | $25.00 | 9.50 | REGULAR | HOURLY | $237.50 |
| 05/24/2022 | KENSLEY,L 143-1209 | LPN | $25.00 | 9.50 | REGULAR | HOURLY | $237.50 |
| 05/26/2022 | MAGGIE,W 143-1112 | LPN | $25.00 | 10.50 | REGULAR | HOURLY | $262.50 |
| Totals | | | | 29.50 | | | $737.50 |

| Paid Time Off Information | | Direct Deposit Information | | | |
|---|---|---|---|---|---|
| Description | Balance | Account Type | Account No. | | Amount |
| Paid Time Off (PTO) Credits Accumulated to 2000 | 395.00 | CHECKING | ********9001 | | $584.98 |



# Earnings Statement

Page 1 of 1

**BAYADA Home Health Care, Inc.**

**1600 Peninsula Drive, Suite 17, Erie, PA, 16505**

**(814) 835-2400**

Bobbi Jo Passamonte
2044 Gunnison Rd
Erie, PA 16509

| Statement No. | EFT-09884109 |
|---|---|
| Pay Date | 06/09/2022 |
| Pay Period | Mon. May. 30, 2022 to Sun. Jun. 05, 2022 |
| Employee No. | 105061173 |

| Gross Earnings | Current: | $468.75 | Year to Date: | $11,962.51 | Net Earnings | Current: | $381.47 | Year to Date: | $9,146.67 |
|---|---|---|---|---|---|---|---|---|---|

| Taxes | Current | Year to Date | Deductions | Current | Year to Date | |
|---|---|---|---|---|---|---|
| Federal | $31.05 | $1,392.64 | | | | **Message from** |
| Local: PA LST - MLCRK | $1.00 | $14.00 | | | | **BAYADA Home Health Care** |
| Local: MLCRK | $4.69 | $119.63 | | | | **(Pronounced BAY-AH-DA)** |
| PA Unempl EE | $0.28 | $7.18 | | | | |
| Medicare | $6.80 | $173.46 | | | | |
| Social Security | $29.07 | $741.68 | | | | |
| State: PA | $14.39 | $367.25 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Totals** | **$87.28** | **$2,815.84** | **Totals** | **$0.00** | **$0.00** | |

| Date | Client | Service | Rate | Unit | Pay Type | Pay Basis | Gross Pay |
|---|---|---|---|---|---|---|---|
| 06/02/2022 | MAGGIE,W 143-1112 | LPN | $25.00 | 9.50 | REGULAR | HOURLY | $237.50 |
| 06/03/2022 | MAGGIE,W 143-1112 | LPN | $25.00 | 9.25 | REGULAR | HOURLY | $231.25 |
| **Totals** | | | | 18.75 | | | $468.75 |

| Paid Time Off Information | | | Direct Deposit Information | | |
|---|---|---|---|---|---|
| **Description** | **Balance** | | **Account Type** | **Account No.** | **Amount** |
| Paid Time Off (PTO) Credits Accumulated to 2000 | 424.50 | | CHECKING | *******4946 | $381.47 |



# Earnings Statement

Page 1 of 1

**BAYADA Home Health Care, Inc.**

**1600 Peninsula Drive, Suite 17, Erie, PA, 16505**

**(814) 835-2400**

Bobbi Jo Passamonte
2044 Gunnison Rd
Erie, PA 16509

| | |
|---|---|
| Statement No. | EFT-09936762 |
| Pay Date | 06/16/2022 |
| Pay Period | Mon. Jun. 06, 2022 to Sun. Jun. 12, 2022 |
| Employee No. | 105061173 |

| Gross Earnings | Current: | $818.75 | Year to Date: | $12,781.26 | Net Earnings | Current: | $638.78 | Year to Date: | $9,785.45 |
|---|---|---|---|---|---|---|---|---|---|
| **Taxes** | Current | Year to Date | Deductions | Current | Year to Date | | | | |
| Local: PA LST - MLCRK | $1.00 | $15.00 | | | | | | | |
| Local: MLCRK | $8.19 | $127.82 | | | | | | | |
| Social Security | $50.76 | $792.44 | | | | | | | |
| State: PA | $25.14 | $392.39 | | | | | | | |
| Medicare | $11.87 | $185.33 | | | | | | | |
| Federal | $82.52 | $1,475.16 | | | | | | | |
| PA Unempl EE | $0.49 | $7.67 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Totals** | $179.97 | $2,995.81 | **Totals** | $0.00 | $0.00 | | | | |

Message from
BAYADA Home Health Care
(Pronounced BAY-AH-DA)

| Date | Client | Service | Rate | Unit | Pay Type | Pay Basis | Gross Pay |
|---|---|---|---|---|---|---|---|
| 06/06/2022 | KENSLEY,L 143-1209 | LPN | $25.00 | 9.75 | REGULAR | HOURLY | $243.75 |
| 06/09/2022 | MAGGIE,W 143-1112 | LPN | $25.00 | 10.50 | REGULAR | HOURLY | $262.50 |
| 06/10/2022 | MAGGIE,W 143-1112 | LPN | $25.00 | 12.50 | REGULAR | HOURLY | $312.50 |
| **Totals** | | | | 32.75 | | | $818.75 |

| Paid Time Off Information | | Direct Deposit Information | | |
|---|---|---|---|---|
| Description | Balance | Account Type | Account No. | Amount |
| Paid Time Off (PTO) Credits Accumulated to 2000 | 443.25 | CHECKING | ********4946 | $638.78 |



# Earnings Statement

Page 1 of 1

**BAYADA Home Health Care, Inc.**

**1600 Peninsula Drive, Suite 17, Erie, PA, 16505**

**(814) 835-2400**

Bobbi Jo Passamonte
2044 Gunnison Rd
Erie, PA 16509

| | |
|---|---|
| **Statement No.** | EFT-09991666 |
| **Pay Date** | 06/23/2022 |
| **Pay Period** | Mon. Jun. 13, 2022 to Sun. Jun. 19, 2022 |
| **Employee No.** | 105061173 |

| Gross Earnings | Current: | $525.00 | Year to Date: | $13,306.26 | Net Earnings | Current: | $424.36 | Year to Date: | $10,209.81 |
|---|---|---|---|---|---|---|---|---|---|

| Taxes | Current | Year to Date | Deductions | Current | Year to Date | | | |
|---|---|---|---|---|---|---|---|---|
| State: PA | $16.12 | $408.51 | | | | **Message from** | | |
| Medicare | $7.61 | $192.94 | | | | **BAYADA Home Health Care** | | |
| Federal | $37.80 | $1,512.96 | | | | **(Pronounced BAY-AH-DA)** | | |
| Local: PA LST - MLCRK | $1.00 | $16.00 | | | | | | |
| Social Security | $32.55 | $824.99 | | | | | | |
| PA Unempl EE | $0.31 | $7.98 | | | | | | |
| Local: MLCRK | $5.25 | $133.07 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Totals** | $100.64 | $3,096.45 | **Totals** | $0.00 | $0.00 | | | |

| Date | Client | Service | Rate | Unit | Pay Type | Pay Basis | Gross Pay |
|---|---|---|---|---|---|---|---|
| 06/16/2022 | MAGGIE,W 143-1112 | LPN | $25.00 | 10.75 | REGULAR | HOURLY | $268.75 |
| 06/17/2022 | MAGGIE,W 143-1112 | LPN | $25.00 | 10.25 | REGULAR | HOURLY | $256.25 |
| **Totals** | | | | 21.00 | | | $525.00 |

| Paid Time Off Information | | Direct Deposit Information | | |
|---|---|---|---|---|
| **Description** | **Balance** | **Account Type** | **Account No.** | **Amount** |
| Paid Time Off (PTO) Credits Accumulated to 2000 | 476.00 | CHECKING | ********4946 | $424.36 |

**ASBURY
SPRINGHILL**
A Life Care Plan

Affiliated Associates, Inc.
5285 Westview Drive
Suite 200
Frederick, MD 21703

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/17/2022 |
| Period End Date | 04/30/2022 |
| Pay Date | 05/06/2022 |
| Document | 5376696 |
| **Net Pay** | **$85.32** |

## Pay Details

**Bobbi Jo Passamonte**
2044 Gunnison Road
Erie, PA 16509
USA

| | |
|---|---|
| Employee Number | 225335 |
| SSN | XXX-XX-5441 |
| Job | Nurse, LPN |
| Pay Rate | $22.7650 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Affiliated Associates |
| Location | Springhill |
| Facility | SNF - Skilled Nursing Fac 61 |
| Department | NURSG - Nursing Svs TCU 11 |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Bonus | | | 0.0000 | $0.0000 | $0.00 | $100.00 |
| OT Wkdy 2 | | | 0.0000 | $0.0000 | $0.00 | $288.07 |
| OT Wknd 2 | | | 0.0000 | $0.0000 | $0.00 | $376.24 |
| Overtime COF | | | 0.0000 | $0.0000 | $0.00 | $331.74 |
| Regular | | | 0.0000 | $0.0000 | $0.00 | $136.59 |
| Shift Incentive | | | 0.0000 | $0.0000 | $0.00 | $10,900.00 |
| Wkdy Sh 2 | | | 0.0000 | $0.0000 | $0.00 | $6,972.21 |
| Wknd Sh 1 | 1 | Nurse, LPN | 4.5000 | $22.7650 | $102.44 | $779.69 |
| Wknd Sh 2 | | | 0.0000 | $0.0000 | $0.00 | $1,822.41 |
| Total Hours | 4.5000 | | | | | |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Deferral | Yes | $3.07 | $1,265.85 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $3.07 | $1,060.97 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $3,064.37 |
| Employee Medicare | $1.48 | $314.75 |
| Social Security Employee Tax | $6.35 | $1,345.83 |
| PA State Income Tax | $3.14 | $666.40 |
| MILLCREEK TWP | $1.81 | $14.48 |
| MILLCREEK | $1.02 | $217.07 |
| MILLCREEK TWP SD | $0.19 | $1.52 |
| PA Unemployment Employee | $0.06 | $13.03 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick and Safe | 0.1500 | 21.9294 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9001 | Checking | $85.32 |
| Total | | $85.32 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $102.44 | $99.37 | $14.05 | $3.07 | $85.32 |
| YTD | $21,706.95 | $20,441.10 | $5,637.45 | $1,265.85 | $14,803.65 |

SPRINGHILL

Affiliated Associates, Inc.
5285 Westview Drive
Suite 200
Frederick, MD 21703

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/01/2022 |
| Period End Date | 05/14/2022 |
| Pay Date | 05/20/2022 |
| Document | 5378856 |
| **Net Pay** | **$973.69** |

## Pay Details

**Bobbi Jo Passamonte**
2044 Gunnison Road
Erie, PA 16509
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 225335 | Pay Group | Affiliated Associates |
| SSN | XXX-XX-5441 | Location | Springhill |
| Job | Nurse, LPN | Facility | SNF - Skilled Nursing Fac 61 |
| Pay Rate | $22.7650 | Department | NURSG - Nursing Svs TCU 11 |
| Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Bonus | | | 0.0000 | $0.0000 | $0.00 | $100.00 |
| OT Wkdy 2 | | | 0.0000 | $0.0000 | $0.00 | $288.07 |
| OT Wknd 2 | | | 0.0000 | $0.0000 | $0.00 | $376.24 |
| Overtime COF | | | 0.0000 | $0.0000 | $0.00 | $331.74 |
| Regular | | | 0.0000 | $0.0000 | $0.00 | $136.59 |
| Shift Incentive | 1 | Nurse, LPN | | | $350.00 | |
| Shift Incentive | 2 | Nurse, LPN | | | $350.00 | $11,600.00 |
| Wkdy Sh 2 | | | 0.0000 | $0.0000 | $0.00 | $6,972.21 |
| Wknd Sh 1 | 1 | Nurse, LPN | 8.5000 | $22.7650 | $193.50 | |
| Wknd Sh 1 | 2 | Nurse, LPN | 8.5000 | $22.7650 | $193.50 | $1,166.69 |
| Wknd Sh 2 | 1 | Nurse, LPN | 5.2500 | $23.5150 | $123.45 | |
| Wknd Sh 2 | 2 | Nurse, LPN | 5.2500 | $23.5150 | $123.45 | $2,069.31 |
| Total Hours | 27.5000 | | | | | |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Deferral | Yes | $40.02 | $1,305.87 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $40.02 | $1,100.99 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $161.06 | $3,225.43 |
| Employee Medicare | $19.34 | $334.09 |
| Social Security Employee Tax | $82.70 | $1,428.53 |
| PA State Income Tax | $40.95 | $707.35 |
| MILLCREEK TWP | $1.81 | $16.29 |
| MILLCREEK | $13.34 | $230.41 |
| MILLCREEK TWP SD | $0.19 | $1.71 |
| PA Unemployment Employee | $0.80 | $13.83 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick and Safe | 0.9169 | 22.8462 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9001 | Checking | $973.69 |
| Total | | $973.69 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,333.90 | $1,293.88 | $320.19 | $40.02 | **$973.69** |
| YTD | $23,040.85 | $21,734.98 | $5,957.64 | $1,305.87 | $15,777.34 |

**ASBURY SPRINGHILL**
*A Provider Plan*

Affiliated Associates, Inc.
5285 Westview Drive
Suite 200
Frederick, MD 21703

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/15/2022 |
| Period End Date | 05/28/2022 |
| Pay Date | 06/03/2022 |
| Document | 5381015 |
| **Net Pay** | **$679.22** |

## Pay Details

**Bobbi Jo Passamonte**
2044 Gunnison Road
Erie, PA 16509
USA

| | | | |
|---|---|---|---|
| Employee Number | 225335 | Pay Group | Affiliated Associates |
| SSN | XXX-XX-XXXX | Location | Springhill |
| Job | Nurse, LPN | Facility | SNF - Skilled Nursing Fac 61 |
| Pay Rate | $22.7650 | Department | NURSG - Nursing Svs TCU 11 |
| Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Bonus | | | 0.0000 | $0.0000 | $0.00 | $100.00 |
| OT Wkdy 2 | | | 0.0000 | $0.0000 | $0.00 | $288.07 |
| OT Wknd 2 | | | 0.0000 | $0.0000 | $0.00 | $376.24 |
| Overtime COF | | | 0.0000 | $0.0000 | $0.00 | $331.74 |
| Regular | | | 0.0000 | $0.0000 | $0.00 | $136.59 |
| Shift Incentive | 1 | Nurse, LPN | | | $175.00 | |
| Shift Incentive | 2 | Nurse, LPN | | | $175.00 | $11,950.00 |
| Wkdy Sh 2 | | | 0.0000 | $0.0000 | $0.00 | $6,972.21 |
| Wknd Sh 1 | 1 | Nurse, LPN | 8.5000 | $22.7650 | $193.50 | |
| Wknd Sh 1 | 2 | Nurse, LPN | 8.2500 | $22.7650 | $187.81 | $1,548.00 |
| Wknd Sh 2 | 1 | Nurse, LPN | 6.7500 | $23.5150 | $158.73 | $2,228.04 |

Total Hours  23.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Deferral | Yes | $26.70 | $1,332.57 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $26.70 | $1,127.69 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $77.27 | $3,302.70 |
| Employee Medicare | $12.91 | $347.00 |
| Social Security Employee Tax | $55.19 | $1,483.72 |
| PA State Income Tax | $27.32 | $734.67 |
| MILLCREEK TWP | $1.81 | $18.10 |
| MILLCREEK | $8.90 | $239.31 |
| MILLCREEK TWP SD | $0.19 | $1.90 |
| PA Unemployment Employee | $0.53 | $14.36 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick and Safe | 0.7835 | 23.6297 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9001 | Checking | $679.22 |
| Total | | $679.22 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $890.04 | $863.34 | $184.12 | $26.70 | **$679.22** |
| YTD | $23,930.89 | $22,598.32 | $6,141.76 | $1,332.57 | $16,456.56 |

ASBURY
SPRINGHILL
Anticipate More

Affiliated Associates, Inc.
5285 Westview Drive
Suite 200
Frederick, MD 21703

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/29/2022 |
| Period End Date | 06/11/2022 |
| Pay Date | 06/17/2022 |
| Document | 5383208 |
| **Net Pay** | **$672.73** |

## Pay Details

**Bobbi Jo Passamonte**
2044 Gunnison Road
Erie, PA 16509
USA

| | |
|---|---|
| Employee Number | 225335 |
| SSN | XXX-XX-XXXX |
| Job | Nurse, LPN |
| Pay Rate | $22.7650 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Affiliated Associates |
| Location | Springhill |
| Facility | SNF - Skilled Nursing Fac 61 |
| Department | NURSG - Nursing Svs TCU 11 |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Bonus | | | 0.0000 | $0.0000 | $0.00 | $100.00 |
| OT Wkdy 2 | | | 0.0000 | $0.0000 | $0.00 | $288.07 |
| OT Wknd 2 | | | 0.0000 | $0.0000 | $0.00 | $376.24 |
| Overtime COF | | | 0.0000 | $0.0000 | $0.00 | $331.74 |
| Regular | | | 0.0000 | $0.0000 | $0.00 | $136.59 |
| Shift Incentive | 1 | Nurse, LPN | | | $375.00 | $12,325.00 |
| Wkdy Sh 2 | | | 0.0000 | $0.0000 | $0.00 | $6,972.21 |
| Wknd Sh 1 | 1 | Nurse, LPN | 8.5000 | $22.7650 | $193.50 | |
| Wknd Sh 1 | 2 | Nurse, LPN | 8.2500 | $22.7650 | $187.81 | $1,929.31 |
| Wknd Sh 2 | 1 | Nurse, LPN | 5.5000 | $23.5150 | $129.33 | $2,357.37 |

Total Hours  22.2500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Deferral | Yes | $26.57 | $1,359.14 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $26.57 | $1,154.26 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $80.02 | $3,382.72 |
| Employee Medicare | $12.84 | $359.84 |
| Social Security Employee Tax | $54.90 | $1,538.62 |
| PA State Income Tax | $27.19 | $761.86 |
| MILLCREEK TWP | $1.81 | $19.91 |
| MILLCREEK | $8.86 | $248.17 |
| MILLCREEK TWP SD | $0.19 | $2.09 |
| PA Unemployment Employee | $0.53 | $14.89 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick and Safe | 0.7418 | 24.3715 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx4946 | Checking | $672.73 |
| Total | | $672.73 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $885.64 | $859.07 | $186.34 | $26.57 | **$672.73** |
| YTD | $24,816.53 | $23,457.39 | $6,328.10 | $1,359.14 | $17,129.29 |