Certificate Number: 03088-PAW-DE-040213362

Bankruptcy Case Number: 22-10285



03088-PAW-DE-040213362

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 19, 2025, at 10:02 o'clock AM CDT, Jeremy D Passamonte completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  October 19, 2025           By:   /s/Doug Tonne

                                  Name: Doug Tonne

                                  Title: Counselor