Certificate Number: 03088-PAW-DE-040213506

Bankruptcy Case Number: 22-10285



03088-PAW-DE-040213506

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 19, 2025, at 10:02 o'clock AM CDT, Bobbi Jo Passamonte completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    October 19, 2025            By:    /s/Richard T Layne for Doug Tonne

Name:  Doug Tonne

Title:   Counselor