Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeremy David Passamonte** | : | Case No. 22−10285−JCM |
| **Bobbi Jo Passamonte** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 47 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 12/16/25 at 10:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this *The 24th of October, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 47 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before December 8, 2025**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **December 16, 2025 at 10:00 AM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

    (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10285-JCM |
| Jeremy David Passamonte | Chapter 13 |
| Bobbi Jo Passamonte | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 24, 2025 | Form ID: 300a | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremy David Passamonte, Bobbi Jo Passamonte, 2044 Gunnison Road, Erie, PA 16509-5826 |
| 15494051 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:52:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15515698 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 25 2025 00:40:23 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15507102 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 25 2025 00:40:58 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15494003 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 25 2025 00:30:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15494004 | + | Email/PDF: bncnotices@becket-lee.com | Oct 25 2025 00:40:23 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15494018 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 25 2025 00:52:32 | CWS/CW Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15494006 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:52:49 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15494007 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 25 2025 00:52:25 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15494008 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:52:42 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15494009 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 25 2025 00:39:43 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15494010 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:51 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15509939 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:39:41 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15494011 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:40:20 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15494012 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:17 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

Case 22-10285-JCM   Doc 50   Filed 10/26/25   Entered 10/27/25 00:29:26   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: 300a | Total Noticed: 67 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15494013 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2025 00:30:00 | Comenity Bank/Alphaeoncos, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494014 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2025 00:30:00 | Comenity Bank/Carter Lumber, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494015 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2025 00:30:00 | Comenity Bank/GFS, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494016 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2025 00:30:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494017 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 25 2025 00:39:30 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15494020 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 25 2025 00:30:00 | Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 15494028 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:41:04 | Macys, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15496419 | | Email/Text: mrdiscen@discover.com | Oct 25 2025 00:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15494019 | + | Email/Text: mrdiscen@discover.com | Oct 25 2025 00:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15494021 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 25 2025 00:31:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15494022 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 25 2025 00:30:00 | GreenSky Credit, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 15505014 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 25 2025 00:30:00 | Greensky,LLC/Home Depot Loan, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 15494023 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 25 2025 00:31:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 15505069 | + | Email/Text: RASEBN@raslg.com | Oct 25 2025 00:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15494024 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 25 2025 00:31:00 | KeyBank/US Bank, Attn: Bankruptcy, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15494025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:40:16 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15505013 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2025 00:40:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15494026 | + | Email/Text: Documentfiling@lciinc.com | Oct 25 2025 00:30:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15494027 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 25 2025 00:30:00 | Loancare, Citi Bank, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 15494029 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 25 2025 00:30:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15494030 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Oct 25 2025 00:52:23 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15494031 | + | Email/Text: angela.abreu@northwest.com | Oct 25 2025 00:30:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15494032 | | Email/Text: blegal@phfa.org | Oct 25 2025 00:31:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 15494005 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 25 2025 00:30:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |

Case 22-10285-JCM    Doc 50    Filed 10/26/25    Entered 10/27/25 00:29:26    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: 300a | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 15504235 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 25 2025 00:30:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15512724 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:52:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15510127 | | Email/Text: bnc-quantum@quantum3group.com | Oct 25 2025 00:30:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 15494033 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 25 2025 00:31:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15500958 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 25 2025 00:31:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15494034 | + | Email/Text: creditsupervisors@rogent.com | Oct 25 2025 00:31:00 | Rogers & Hollands, Attn: Bankruptcy, Po Box 879, Matteson, IL 60443-0879 |
| 15511563 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2025 00:52:40 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15494035 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:40:15 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494866 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:40:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15494036 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:40:15 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494037 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:40:57 | Synchrony Bank/At Home, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494039 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:46 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15494038 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:17 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15494040 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 01:03:14 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494041 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:40:15 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494042 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:39:33 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15494043 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:33 | Synchrony Bank/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494044 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 01:03:04 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15494045 | + | Email/Text: bncmail@w-legal.com | Oct 25 2025 00:30:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15494046 | + | Email/Text: bncmail@w-legal.com | Oct 25 2025 00:30:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15494047 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:38 | Trac/CBCD/Citicorp, Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15494048 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 25 2025 00:31:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15494049 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 25 2025 00:52:50 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15505769 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 25 2025 01:34:50 | Wells Fargo Bank, N.A., Wells Fargo Card |

| | | | | |
|---|---|---|---|---|
| | | | | Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15501874 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 25 2025 01:34:50 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15494050 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Oct 25 2025 00:41:04 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 15494052 | + | Email/Text: collections@widgetfinancial.com | Oct 25 2025 00:31:00 | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 65

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Bobbi Jo Passamonte dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Jeremy David Passamonte dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5