**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JEREMY DAVID PASSAMONTE                         Case No.:22-10285
BOBBI JO PASSAMONTE
      Debtor(s)                                   Chapter 13

Ronda J. Winnecour                              Document No.:
Chapter 13 Trustee,
      Movant
      vs.
No Respondents.

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 24, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 06/29/2022  and confirmed on 8/31/22 .  The case was subsequently          Completed
After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 73,134.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 73,134.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 4,107.35 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,107.35 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN | 0.00 | 36,631.99 | 0.00 | 36,631.99 |
|   Acct: 3262 | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN | 20.61 | 20.61 | 0.00 | 20.61 |
|   Acct: 3262 | | | | |
| NORTHWEST BANK* | 7,607.79 | 7,607.79 | 522.02 | 8,129.81 |
|   Acct: 6951 | | | | |
| ALLY BANK(*) | 0.00 | 16,729.60 | 0.00 | 16,729.60 |
|   Acct: 4881 | | | | |
| ALLY BANK(*) | 418.54 | 418.54 | 0.00 | 418.54 |
|   Acct: 4881 | | | | |
| | | | | 61,930.55 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JEREMY DAVID PASSAMONTE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DANIEL P FOSTER ESQ** | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ***NONE*** | | | | |
| **Unsecured** | | | | |
| PNC BANK NA | 17,013.16 | 340.26 | 0.00 | 340.26 |
|   Acct: 2324 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH | 2,487.46 | 49.75 | 0.00 | 49.75 |
|   Acct: 8730 | | | | |
| LVNV FUNDING LLC | 10,989.84 | 219.80 | 0.00 | 219.80 |
|   Acct: 9170 | | | | |
| LVNV FUNDING LLC | 1,890.84 | 37.82 | 0.00 | 37.82 |
|   Acct: 5346 | | | | |
| LVNV FUNDING LLC | 192.98 | 3.86 | 0.00 | 3.86 |
|   Acct: 1287 | | | | |
| CITIBANK NA** | 4,765.00 | 95.30 | 0.00 | 95.30 |

22-10285

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 8745 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,300.54 | 26.01 | 0.00 | 26.01 |
| Acct: 3576 | | | | |
| DISCOVER BANK(*) | 3,080.14 | 61.60 | 0.00 | 61.60 |
| Acct: 5320 | | | | |
| GREENSKY LLC(*) | 8,251.59 | 165.03 | 0.00 | 165.03 |
| Acct: 0596 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 18,867.86 | 377.36 | 0.00 | 377.36 |
| Acct: 7716 | | | | |
| QUANTUM3 GROUP LLC AGENT - MERCU | 4,121.55 | 82.43 | 0.00 | 82.43 |
| Acct: 2383 | | | | |
| AIDVANTAGE O/B/O DEPT OF ED LOAN S | 68,040.82 | 1,360.82 | 0.00 | 1,360.82 |
| Acct: 5441 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0917 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0905 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1031 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0817 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1013 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0911 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0917 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0905 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0907 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0127 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0911 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0721 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0721 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0127 | | | | |
| LVNV FUNDING LLC | 3,436.00 | 68.72 | 0.00 | 68.72 |
| Acct: 9918 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 1,061.81 | 21.24 | 0.00 | 21.24 |
| Acct: 7235 | | | | |
| LVNV FUNDING LLC | 1,208.03 | 24.16 | 0.00 | 24.16 |
| Acct: 7150 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,869.74 | 57.39 | 0.00 | 57.39 |
| Acct: 9124 | | | | |
| WELLS FARGO BANK NA | 2,582.34 | 51.65 | 0.00 | 51.65 |
| Acct: 3140 | | | | |
| WELLS FARGO BANK NA | 2,644.99 | 52.90 | 0.00 | 52.90 |
| Acct: 2856 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7150 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

22-10285                                                                              Page 3 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
|  |  |  |  | 3,096.10 |

TOTAL PAID TO CREDITORS                                                              65,026.65

TOTAL CLAIMED
PRIORITY          0.00
SECURED        8,046.94
UNSECURED    154,804.69

Date: 10/24/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JEREMY DAVID PASSAMONTE
    BOBBI JO PASSAMONTE
          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:22-10285

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                            Case No. 22-10285-JCM

Jeremy David Passamonte                                                                  Chapter 13

Bobbi Jo Passamonte

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                                   User: auto                                        Page 1 of 4

Date Rcvd: Oct 24, 2025                          Form ID: pdf900                              Total Noticed: 67

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeremy David Passamonte, Bobbi Jo Passamonte, 2044 Gunnison Road, Erie, PA 16509-5826 |
| 15494051 | + Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:41:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15515698 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 25 2025 00:41:08 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15507102 | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 25 2025 00:41:04 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15494003 | + Email/Text: ally@ebn.phinsolutions.com | Oct 25 2025 00:30:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15494004 | + Email/PDF: bncnotices@becket-lee.com | Oct 25 2025 01:03:24 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15494018 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 25 2025 00:40:56 | CWS/CW Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15494006 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:40:56 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15494007 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 25 2025 00:41:08 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15494008 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:52:45 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15494009 | + Email/PDF: ais.chase.ebn@aisinfo.com | Oct 25 2025 00:52:22 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15494010 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:39:44 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15509939 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:09 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15494011 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:41:08 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15494012 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:30 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

| 15494013 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
|---|---|---|---|
| | | Oct 25 2025 00:30:00 | Comenity Bank/Alphaeoncos, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494014 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Oct 25 2025 00:30:00 | Comenity Bank/Carter Lumber, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494015 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Oct 25 2025 00:30:00 | Comenity Bank/GFS, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494016 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Oct 25 2025 00:30:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494017 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Oct 25 2025 00:40:24 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15494020 | Email/Text: BKCourtNotices@yourmortgageonline.com | | |
| | | Oct 25 2025 00:30:00 | Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 15494028 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 25 2025 00:52:10 | Macys, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15496419 | Email/Text: mrdiscen@discover.com | | |
| | | Oct 25 2025 00:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15494019 | + Email/Text: mrdiscen@discover.com | | |
| | | Oct 25 2025 00:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15494021 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Oct 25 2025 00:31:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15494022 | + Email/Text: bankruptcy@greenskycredit.com | | |
| | | Oct 25 2025 00:30:00 | GreenSky Credit, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 15505014 | + Email/Text: bankruptcy@greenskycredit.com | | |
| | | Oct 25 2025 00:30:00 | Greensky,LLC/Home Depot Loan, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 15494023 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | Oct 25 2025 00:31:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 15505069 | + Email/Text: RASEBN@raslg.com | | |
| | | Oct 25 2025 00:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15494024 | + Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | Oct 25 2025 00:31:00 | KeyBank/US Bank, Attn: Bankruptcy, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15494025 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Oct 25 2025 00:39:27 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15505013 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Oct 25 2025 00:41:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15494026 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Oct 25 2025 00:30:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15494027 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Oct 25 2025 00:30:00 | Loancare, Citi Bank, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 15494029 | + Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | Oct 25 2025 00:30:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15494030 | + Email/PDF: Bankruptcy_Prod@mohela.com | | |
| | | Oct 25 2025 00:40:16 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15494031 | + Email/Text: angela.abreu@northwest.com | | |
| | | Oct 25 2025 00:30:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15494032 | Email/Text: blegal@phfa.org | | |
| | | Oct 25 2025 00:31:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 15494005 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Oct 25 2025 00:30:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |

District/off: 0315-1 | User: auto | Page 3 of 4
Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 67

| | | | |
|---|---|---|---|
| 15504235 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 25 2025 00:30:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15512724 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:39:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15510127 | Email/Text: bnc-quantum@quantum3group.com | Oct 25 2025 00:30:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 15494033 | + Email/Text: bankruptcyteam@rocketmortgage.com | Oct 25 2025 00:31:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15500958 | + Email/Text: bankruptcyteam@rocketmortgage.com | Oct 25 2025 00:31:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15494034 | + Email/Text: creditsupervisors@rogent.com | Oct 25 2025 00:31:00 | Rogers & Hollands, Attn: Bankruptcy, Po Box 879, Matteson, IL 60443-0879 |
| 15511563 | + Email/PDF: ebn_ais@aisinfo.com | Oct 25 2025 01:03:23 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15494035 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:40:15 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494866 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:52:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15494036 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:39:25 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494037 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:31 | Synchrony Bank/At Home, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494039 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:41:04 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15494038 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:09 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15494040 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:41:07 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494041 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:51 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494042 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:45 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15494043 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:40:15 | Synchrony Bank/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494044 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:10 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15494045 | + Email/Text: bncmail@w-legal.com | Oct 25 2025 00:30:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15494046 | + Email/Text: bncmail@w-legal.com | Oct 25 2025 00:30:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15494047 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:09 | Trac/CBCD/Citicorp, Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15494048 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 25 2025 00:31:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15494049 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 25 2025 00:52:30 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15505769 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 25 2025 01:34:50 | Wells Fargo Bank, N.A., Wells Fargo Card |

Services, PO Box 10438, MAC F8235-02F, Des
Moines, IA 50306-0438

15501874                    Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com
                                                               Oct 25 2025 01:34:50    Wells Fargo Bank, N.A., PO Box 10438, MAC
                                                                                       F8235-02F, Des Moines, IA 50306-0438

15494050              + Email/PDF: Bankruptcynoticesauto@wellsfargo.com
                                                               Oct 25 2025 00:52:45    Wells Fargo Dealer Services, Attn: Bankruptcy,
                                                                                       1100 Corporate Center Drive, Raleigh, NC
                                                                                       27607-5066

15494052              + Email/Text: collections@widgetfinancial.com
                                                               Oct 25 2025 00:31:00    Widget Financial, 2154 E Lake Rd, Erie, PA
                                                                                       16511-1140

TOTAL: 65

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | |
| | on behalf of Joint Debtor Bobbi Jo Passamonte dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Debtor Jeremy David Passamonte dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 5