IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-10285-JCM |
| | : | |
| **Jeremy David Passamonte and** | : | |
| **Bobbi Jo Passamonte,** | : | |
| Debtors, | : | |
| | : | **Chapter 13** |
| **Jeremy David Passamonte and** | : | |
| **Bobbi Jo Passamonte,** | : | |
| Movants, | : | |
| v. | : | Docket No. 52 |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13, Trustee, | : | |
| Respondent. | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 19, 2025, at docket numbers 45 & 46, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: October 27, 2025                                              /s/ Daniel P. Foster, Esquire
                                                                     Daniel P. Foster
                                                                     PA I.D. # 92376
                                                                     Foster Law Offices
                                                                     1210 Park Avenue
                                                                     Meadville, PA 16335
                                                                     Phone: 814.724.1165
                                                                     Fax: 814.724.1158
                                                                     Email: dan@mrdebtbuster.com
                                                                     Attorney for Debtors

**PAWB Local Form 24 (07/13)**