| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jeremy David Passamonte | Social Security number or ITIN  xxx–xx–2178 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Bobbi Jo Passamonte | Social Security number or ITIN  xxx–xx–5441 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   22–10285–JCM | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeremy David Passamonte                Bobbi Jo Passamonte

12/11/25                **By the court:** <u>John C Melaragno</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10285-JCM |
| Jeremy David Passamonte | Chapter 13 |
| Bobbi Jo Passamonte | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 5 |
| Date Rcvd: Dec 11, 2025 | Form ID: 3180W | Total Noticed: 69 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremy David Passamonte, Bobbi Jo Passamonte, 2044 Gunnison Road, Erie, PA 16509-5826 |
| 15494051 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 12 2025 05:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 12 2025 05:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Dec 12 2025 05:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15515698 | + | EDI: MAXMSAIDV | Dec 12 2025 05:23:00 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15507102 | + | EDI: AISACG.COM | Dec 12 2025 05:23:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15494003 | + | EDI: GMACFS.COM | Dec 12 2025 05:23:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15494004 | + | Email/PDF: bncnotices@becket-lee.com | Dec 12 2025 00:37:47 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15494018 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2025 00:37:27 | CWS/CW Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15494006 | + | EDI: CAPITALONE.COM | Dec 12 2025 05:23:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15494007 | + | EDI: CAPONEAUTO.COM | Dec 12 2025 05:23:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15494008 | + | EDI: CAPITALONE.COM | Dec 12 2025 05:23:00 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15494009 | + | EDI: JPMORGANCHASE | Dec 12 2025 05:23:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15494010 | + | EDI: CITICORP | Dec 12 2025 05:23:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15509939 | | EDI: CITICORP | Dec 12 2025 05:23:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 22-10285-JCM    Doc 60    Filed 12/13/25    Entered 12/14/25 00:30:33    Desc Imaged
                              Certificate of Notice    Page 4 of 7

| District/off: 0315-1 | User: auto | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Dec 11, 2025 | Form ID: 3180W | Total Noticed: 69 |

| | | | | |
| --- | --- | --- | --- | --- |
| 15494011 | + | EDI: CITICORP | Dec 12 2025 05:23:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15494012 | + | EDI: CITICORP | Dec 12 2025 05:23:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15494013 | + | EDI: WFNNB.COM | Dec 12 2025 05:23:00 | Comenity Bank/Alphaeoncos, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494014 | + | EDI: WFNNB.COM | Dec 12 2025 05:23:00 | Comenity Bank/Carter Lumber, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494015 | + | EDI: WFNNB.COM | Dec 12 2025 05:23:00 | Comenity Bank/GFS, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494016 | + | EDI: WFNNB.COM | Dec 12 2025 05:23:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494017 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 12 2025 00:37:29 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15494020 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Dec 12 2025 00:24:00 | Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 15494028 | | EDI: CITICORP | Dec 12 2025 05:23:00 | Macys, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15496419 | | EDI: DISCOVER | Dec 12 2025 05:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15494019 | + | EDI: DISCOVER | Dec 12 2025 05:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15494021 | + | EDI: BLUESTEM | Dec 12 2025 05:23:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15494022 | + | Email/Text: bankruptcy@greenskycredit.com | Dec 12 2025 00:24:00 | GreenSky Credit, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 15505014 | + | Email/Text: bankruptcy@greenskycredit.com | Dec 12 2025 00:24:00 | Greensky,LLC/Home Depot Loan, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 15494023 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 12 2025 00:25:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 15505069 | + | Email/Text: RASEBN@raslg.com | Dec 12 2025 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15494024 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 12 2025 00:24:00 | KeyBank/US Bank, Attn: Bankruptcy, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15494025 | + | EDI: CAPITALONE.COM | Dec 12 2025 05:23:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15505013 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2025 00:37:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15494026 | + | EDI: LENDNGCLUB | Dec 12 2025 05:23:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15494027 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 12 2025 00:24:00 | Loancare, Citi Bank, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 15494029 | + | Email/Text: Mercury@ebn.phinsolutions.com | Dec 12 2025 00:24:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15494030 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 12 2025 00:37:48 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15494031 | + | Email/Text: angela.abreu@northwest.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15494032 | | Email/Text: blegal@phfa.org | Dec 12 2025 00:24:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15494005 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 12 2025 00:24:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 15504235 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 12 2025 00:24:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 15512724 | | EDI: PRA.COM | Dec 12 2025 00:24:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15510127 | | EDI: Q3G.COM | Dec 12 2025 05:23:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| | | | Dec 12 2025 05:23:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 15494033 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 12 2025 00:25:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15500958 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 12 2025 00:25:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15494034 | + | Email/Text: creditsupervisors@rogent.com | Dec 12 2025 00:25:00 | Rogers & Hollands, Attn: Bankruptcy, Po Box 879, Matteson, IL 60443-0879 |
| 15511563 | + | EDI: AIS.COM | Dec 12 2025 05:23:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15494035 | + | EDI: SYNC | Dec 12 2025 05:23:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494866 | + | EDI: PRA.COM | Dec 12 2025 05:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15494036 | + | EDI: SYNC | Dec 12 2025 05:23:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494037 | + | EDI: SYNC | Dec 12 2025 05:23:00 | Synchrony Bank/At Home, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494039 | + | EDI: SYNC | Dec 12 2025 05:23:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15494038 | + | EDI: SYNC | Dec 12 2025 05:23:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15494040 | + | EDI: SYNC | Dec 12 2025 05:23:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494041 | + | EDI: SYNC | Dec 12 2025 05:23:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494042 | + | EDI: SYNC | Dec 12 2025 05:23:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15494043 | + | EDI: SYNC | Dec 12 2025 05:23:00 | Synchrony Bank/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494044 | + | EDI: SYNC | Dec 12 2025 05:23:00 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15494045 | + | EDI: WTRRNBANK.COM | Dec 12 2025 05:23:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15494046 | + | EDI: WTRRNBANK.COM | Dec 12 2025 05:23:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15494047 | + | EDI: CITICORP | Dec 12 2025 05:23:00 | Trac/CBCD/Citicorp, Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |

Case 22-10285-JCM   Doc 60   Filed 12/13/25   Entered 12/14/25 00:30:33   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-1 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: 3180W | Total Noticed: 69 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15494048 | + | EDI: USBANKARS.COM | Dec 12 2025 05:23:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15494049 | + | EDI: WFHOME | Dec 12 2025 05:23:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15505769 |   | EDI: WFCCSBK | Dec 12 2025 05:23:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15501874 |   | EDI: WFCCSBK | Dec 12 2025 05:23:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15494050 | + | EDI: WFAUTO | Dec 12 2025 05:23:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 15494052 | + | Email/Text: collections@widgetfinancial.com | Dec 12 2025 00:24:00 | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 67

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |   | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Bobbi Jo Passamonte dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Jeremy David Passamonte dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, |

District/off: 0315-1 | User: auto | Page 5 of 5
Date Rcvd: Dec 11, 2025 | Form ID: 3180W | Total Noticed: 69

    wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6