IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEREMY DAVID PASSAMONTE
BOBBI JO PASSAMONTE
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:22-10285

Chapter 13

Document No.: 47

## ORDER OF COURT

AND NOW, this __11th__ day of __December__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
12/11/25 9:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

John C. Melaragno, Judge jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10285-JCM |
| Jeremy David Passamonte | Chapter 13 |
| Bobbi Jo Passamonte | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 11, 2025 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremy David Passamonte, Bobbi Jo Passamonte, 2044 Gunnison Road, Erie, PA 16509-5826 |
| 15494051 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2025 00:37:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15515698 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 12 2025 00:37:37 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15507102 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 12 2025 00:37:28 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15494003 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 12 2025 00:24:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15494004 | + | Email/PDF: bncnotices@becket-lee.com | Dec 12 2025 00:37:47 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15494018 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2025 00:37:37 | CWS/CW Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15494006 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2025 00:37:27 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15494007 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 12 2025 00:37:48 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15494008 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2025 00:37:36 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15494009 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 12 2025 00:37:45 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15494010 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2025 00:37:31 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15509939 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2025 00:37:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15494011 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2025 00:37:50 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15494012 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2025 00:37:50 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

Case 22-10285-JCM    Doc 61    Filed 12/13/25    Entered 12/14/25 00:30:33    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: pdf900 | Total Noticed: 67 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15494013 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2025 00:24:00 | Comenity Bank/Alphaeoncos, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494014 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2025 00:24:00 | Comenity Bank/Carter Lumber, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494015 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2025 00:24:00 | Comenity Bank/GFS, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494016 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2025 00:24:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15494017 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 12 2025 00:37:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15494020 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Dec 12 2025 00:24:00 | Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 15494028 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2025 00:37:40 | Macys, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15496419 | | Email/Text: mrdiscen@discover.com | Dec 12 2025 00:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15494019 | + | Email/Text: mrdiscen@discover.com | Dec 12 2025 00:24:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15494021 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 12 2025 00:25:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15494022 | + | Email/Text: bankruptcy@greenskycredit.com | Dec 12 2025 00:24:00 | GreenSky Credit, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 15505014 | + | Email/Text: bankruptcy@greenskycredit.com | Dec 12 2025 00:24:00 | Greensky,LLC/Home Depot Loan, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 15494023 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 12 2025 00:25:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 15505069 | + | Email/Text: RASEBN@raslg.com | Dec 12 2025 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15494024 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 12 2025 00:24:00 | KeyBank/US Bank, Attn: Bankruptcy, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15494025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2025 00:37:36 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15505013 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2025 00:37:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15494026 | + | Email/Text: Documentfiling@lciinc.com | Dec 12 2025 00:24:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15494027 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 12 2025 00:24:00 | Loancare, Citi Bank, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 15494029 | + | Email/Text: Mercury@ebn.phinsolutions.com | Dec 12 2025 00:24:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15494030 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 12 2025 00:37:47 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15494031 | + | Email/Text: angela.abreu@northwest.com | Dec 12 2025 00:24:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15494032 | | Email/Text: blegal@phfa.org | Dec 12 2025 00:24:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 15494005 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 12 2025 00:24:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |

Case 22-10285-JCM   Doc 61   Filed 12/13/25   Entered 12/14/25 00:30:33   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: pdf900 | Total Noticed: 67 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15504235 | | Email/Text: Bankruptcy.Notices@pnc.com Dec 12 2025 00:24:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15512724 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2025 00:37:47 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15510127 | | Email/Text: bnc-quantum@quantum3group.com Dec 12 2025 00:24:00 | | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 15494033 | + | Email/Text: bankruptcyteam@rocketmortgage.com Dec 12 2025 00:25:00 | | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15500958 | + | Email/Text: bankruptcyteam@rocketmortgage.com Dec 12 2025 00:25:00 | | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15494034 | + | Email/Text: creditsupervisors@rogent.com Dec 12 2025 00:25:00 | | Rogers & Hollands, Attn: Bankruptcy, Po Box 879, Matteson, IL 60443-0879 |
| 15511563 | + | Email/PDF: ebn_ais@aisinfo.com Dec 12 2025 00:37:32 | | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15494035 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 12 2025 00:37:45 | | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494866 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2025 00:37:29 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15494036 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 12 2025 00:37:27 | | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494037 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 12 2025 00:37:27 | | Synchrony Bank/At Home, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494039 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 12 2025 00:37:27 | | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15494038 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 12 2025 00:37:27 | | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15494040 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 12 2025 00:37:45 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494041 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 12 2025 00:37:45 | | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494042 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 12 2025 00:37:35 | | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15494043 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 12 2025 00:37:27 | | Synchrony Bank/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15494044 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 12 2025 00:37:45 | | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15494045 | + | Email/Text: bncmail@w-legal.com Dec 12 2025 00:24:00 | | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15494046 | + | Email/Text: bncmail@w-legal.com Dec 12 2025 00:24:00 | | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15494047 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Dec 12 2025 00:37:40 | | Trac/CBCD/Citicorp, Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15494048 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com Dec 12 2025 00:24:00 | | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15494049 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com Dec 12 2025 00:37:28 | | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15505769 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com Dec 12 2025 00:37:46 | | Wells Fargo Bank, N.A., Wells Fargo Card |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15501874 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com Dec 12 2025 00:37:46 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15494050 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com Dec 12 2025 00:37:28 | | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 15494052 | + | Email/Text: collections@widgetfinancial.com Dec 12 2025 00:24:00 | | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 65

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Bobbi Jo Passamonte dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Jeremy David Passamonte dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6